IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

PAUL JEROME EVANS                                                      PLAINTIFF

V.                       NO. 3:05CV00129 JLH

STEVE MEDCALF, et al                                        DEFENDANTS

## JUDGMENT

In accordance with the Court's Order entered this date, judgment is hereby entered dismissing Plaintiff's complaint in its entirety, without prejudice.

IT IS SO ORDERED this __28th__ day of September, 2005.

 

_____
UNITED STATES DISTRICT JUDGE